**Frank M. GASTER, Petitioner–
Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS; Charles Condon, Attorney General, Respondents–
Appellees.**

No. 03–6544.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 25, 2003.

Frank M. Gaster, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Frank M. Gaster, who was civilly committed under the South Carolina Sexually Violent Predator Act, seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition, properly construed as a 28 U.S.C. § 2241 (2000) petition.\* We have independently reviewed the record and conclude that Gaster has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

\* Although Gaster originally filed the petition under 28 U.S.C. § 2254, because he challenged the constitutionality of a state civil commitment, the magistrate judge properly characterized it as a petition under 28 U.S.C. § 2241.